United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Darcy James Calkins  
Katherine Calkins  
      Debtors

Case No. 18-16654-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Lisa      Page 1 of 1      Date Rcvd: Oct 16, 2018  
                      Form ID: pdf900    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2018.  
db/jdb       +Darcy James Calkins,    Katherine Calkins,    478 East Main Street,    Kutztown, PA 19530-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 17 2018 03:17:59     Orion (Verizon),  
         c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021  
                                                                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2018                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2018 at the address(es) listed below:  
       JAMES L. DAVIS    on behalf of Joint Debtor Katherine  Calkins jldavis.davislaw@gmail.com, srauenzahn.davislaw@gmail.com  
       JAMES L. DAVIS    on behalf of Debtor Darcy James Calkins jldavis.davislaw@gmail.com, srauenzahn.davislaw@gmail.com  
       United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
       WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com  
                                                                                                                                                            TOTAL: 4

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  DARCY J. CALKINS and | : | Case No. 18-16654REF |
| KATHERINE CALKINS, | : | |
| Debtors | : | Chapter 13 |

# ORDER

AND NOW, this 16 day of October, 2018, upon my consideration of Debtors' Motion To Extend the Automatic Stay, which was duly filed and scheduled for a timely hearing, and upon my inability to hear and rule on Debtors' Motion To Extend within the 30 days mandated by Section 362(c)(3),

IT IS HEREBY ORDERED that Debtors are hereby granted an extension of the 30 days dictated by Section 362(c)(3), which extension shall expire on November 9, 2018, and my consideration of the Motion To Extend is HEREBY CONTINUED UNTIL NOVEMBER 8, 2018, AT 9:30 A.M.

BY THE COURT

_____
Richard E. Fehling,
United States Bankruptcy Judge