**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Katherine Calkins<br>Darcy James Calkins<br><br>Debtors | CHAPTER 13<br><br>BKY. NO. 18-16654 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of COLONIAL SAVINGS F.A. and index same on the master mailing list.

          Respectfully submitted,
          **/s/ Rebecca A. Solarz,**
          Rebecca A Solarz, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322