**UNITED STATES BANKRUPTCY COURT**
THE MADISON
SUITE 300
400 WASHINGTON STREET
READING, PA 19601

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

HARRISBURG
PA 171

10 OCT '18
PM 3 L

UNITED STATES POSTAGE
PITNEY BOWES
$ 000.47⁰

02 1P
0004695905   OCT 10 2018
MAILED FROM ZIP CODE 19601

Verizon
1717 Arch Street
Philadelphia PA 19103

NIXIE        176   DE 1            0010/16/18

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

ANK      BC: 19601395175       *1519-13098-10-44

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: DARCY J. CALKINS and              :      CASE NO. 18-16654
        KATHERINE CALKINS,               :
                    Debtors              :      CHAPTER 13

ORDER DIRECTING EMPLOYER TO MAKE WAGE DEDUCTION FOR
REMITTANCE TO WILLIAM MILLER, ESQUIRE, INTERIM CHAPTER 13TRUSTEE

Darcy J. Calkins                         Verizon
(Employee Name)                          (Employer Name)

***-**-9317                              1717 Arch Street
(Social Security Number)                 Philadelphia, PA   19103
                                         (Employer's Address)

The future earnings of the above named Debtor being subject to the continuing supervision and control of the Court for the purpose of enforcing the terms of the Debtor's plan,

NOW THEREFORE, the employer of the Debtor is hereby ordered to deduct from the wages of the Debtor, beginning with the next pay period following the receipt of this order, the sum of $560.00 per week, until further Order of the Court.

The employer shall continue said deductions until further order of the Court and shall remit $2,400.00 withheld from the debtor's wages at least monthly, or more frequently if convenient, to William Miller, Esquire, Interim Chapter 13 Trustee, .

During the continuance of this proceeding the wages of the Debtor shall be subject to the exclusive jurisdiction and control of the Court, shall be exempt from garnishment or attachment and Debtor's employer is directed not to honor garnishments or attachments issuing from any state Court whether for the collection of debts contracted before or after the commencement of this proceeding, not shall the employer honor levies on the Debtor's wages from the collection of any state or federal taxes.

**Date: October 10, 2018**

Date: _____

_____
Richard E. Fehling,
Chief United States Bankruptcy Judge

Make Checks Payable to and
Remit Withholding to:
William Miller, Esquire
Interim Chapter 13 Trustee
PO Box 680
Memphis, TN   38101-0680