**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Darcy J. Calkins and | : | Case No.: 18-16654 |
| Katherine Calkins, | : | |
| Debtor | : | Chapter 13 |

**PRAECIPE TO WITHDRAW DEBTORS' MOTION TO EXTEND**
**THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362(c)(3)(b)**

**TO THE CLERK:**

Kindly withdraw the Debtors' Debtors' Motion to Extend the Automatic Stay Pursuant to 11 U.S.C. Section 362(c)(3)(b), filed on October 5, 2018, without prejudice.

Date: November 7, 2018                    /s/ James L. Davis
                                          James L. Davis, Esquire
                                          Attorney for Debtors