UNTIED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

Darcy J. Calkins and
Katherine Calkins,

        Debtors                        : Bankruptcy No.: 18-16654
                                                           : Chapter 13

_____

**ORDER**

AND NOW, upon consideration of Debtor's Motion to Terminate Wage Order, pursuant to 11 U.S.C. 307(b), the order directing Debtor's employer, Verizon, to

make wage deductions dated October 10, 2018 is hereby **TERMINATED**.

Debtor's employer, Verizon should not deduct any more payments from the wages of the Debtor.

It is so **ORDERED**.

Date: _____  **Date: November 8, 2018**

                                                                   _____
                                                                   Richard E. Fehling,
                                                                   Chief United States Bankruptcy Judge

cc:    James L. Davis, Esquire
          Attorney at Law
          234 North 6th Street
          Reading, PA   19601

          William Miller, Esquire
          Interim Chapter 13 Trustee
          2901 St. Lawrence Avenue, Suite 100
          P.O. Box 4010
          Reading, PA   19606-0410