11/8/2018 Gmail - Fwd: U.S. Bankruptcy Court, Eastern District of Pennsylvania - Undeliverable Notice, In re: Darcy James Calkins, Case Number: ...

Case 18-16654-ref    Doc 32    Filed 11/08/18    Entered 11/08/18 16:53:15    Desc Main
Document      Page 1 of 2

 Gmail

Shelby Rauenzahn <srauenzahn.davislaw@gmail.com>

## Fwd: U.S. Bankruptcy Court, Eastern District of Pennsylvania - Undeliverable Notice, In re: Darcy James Calkins, Case Number: 18-16654, ref, Ref: [p-127596431]

1 message

**James Davis** <jldavis.davislaw@gmail.com>  Wed, Nov 7, 2018 at 5:10 PM
To: Shelby Rauenzahn <srauenzahn.davislaw@gmail.com>

do we have a full address? the one we supplied does not appear to have a town...

---------- Forwarded message ---------
From: <USBankruptcyCourts@noticingcenter.com>
Date: Wed, Nov 7, 2018 at 12:23 PM
Subject: U.S. Bankruptcy Court, Eastern District of Pennsylvania - Undeliverable Notice, In re: Darcy James Calkins, Case Number: 18-16654, ref, Ref: [p-127596431]
To: <jldavis.davislaw@gmail.com>

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

November 8, 2018

From: United States Bankruptcy Court, Eastern District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Darcy James Calkins, Case Number 18-16654, ref

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

**U.S. Bankruptcy Court
Reading
400 Washington Street
Suite 300
Reading, PA 19601**

Undeliverable Address:
701 Market Street, Suite 5000
PA

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

*KML Law Group, P.C.*
*Mellon Independence Center, 701 Market Street, Suite 5000, Philadelphia, PA 19106*

Undeliverable Address:
Computer Credit
640 W. 4th Street
Winston Salem, NC 27113

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

11/8/2018, Gmail - Fwd: U.S. Bankruptcy Court, Eastern District of Pennsylvania - Undeliverable Notice ...

Case 18-16654-ref    Doc 32    Filed 11/08/18    Entered 11/08/18 16:53:15    Desc Main
Document    Page 2 of 2

THE UPDATED ADDRESS IS:

470 W. Hanes Mill Road, Suite 200
Winston Salem, NC 27105

Undeliverable Address:
LVNN Funding
Capital One

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:

200 Meeting Street, Suite 206
Greenville, SC 29601

_____        11-8-18
Signature of Debtor or Debtor's Attorney        Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

B_P4181665430910092.PDF
10K