United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 18-16654-ref
Darcy James Calkins                                                    Chapter 13
Katherine Calkins
      Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 3              Date Rcvd: Nov 06, 2018
                              Form ID: 309I          Total Noticed: 71

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 08, 2018.
```
db/jdb         +Darcy James Calkins,    Katherine Calkins,    478 East Main Street,    Kutztown, PA 19530-1217
tr             +WILLIAM MILLERR,    Interim Chapter 13 Trustee,    2901 St. Lawrence Avenue, Suite 100,
                 Reading, PA 19606-2265
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA   19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14209160        ARB Inc., Accounts Receivable Bureau,    PO Box 70256,    Philadelphia, PA 19176
14209162       +Ameitox,   PO Box 402166,    Atlanta, GA 30384-2166
14209163       +Ameritox,   PO Box 402166,    Atlanta, GA 30384-2166
14209164       +Berkheimer,    PO Box 25159,    Lehigh Valley, PA 18002-5159
14209165       +Berkheiner,    PO Box 25159,    Lehigh Valley, PA 18002-5159
14209166        Bradley Extended Care,    402 3rd Avenue,    Nashville, TN 37209
14209156       +CBCS,   PO Box 2724,    Columbus, OH 43216-2724
14209170       +Convergent,    121 NE Jefferson Street,    Peoria, IL 61602-1229
14209171        Dr. William Messersmith,    162 A Trexler Avenue,    Kutztown, PA 19530
14209174       +Francis Werley,    16527 Pottsville Pike,    Hamburg, PA 19526-8101
14209175       +Good Shepard Rehab,    850 S 5th Street,    Allentown, PA 18103-3295
14209176       +Guideposts,    PO Box 5806,    Harlan, IA 51593-1306
14209158       ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
                (address filed with court: JC Christensen & Associates, Inc.,     PO Box 519,
                 Sauk Rapids, MN 56379)
14210509       +James L. Davis, Esquire,    234 North 6th Street,    Reading, PA 19601-3300
14209177       +John Potter DMD,    3131 College Heights Boulevard,    Allentown, PA 18104-4812
14209178       +Kutztown Area Transportation,    87 South Kemp Road,    Kutztown, PA 19530-9737
14209180       +Lehigh Valley Health Network,    PO Box 4067,    Allentown, PA 18105-4067
14209182        Lehigh Valley Health Service,    PO Box 2024,    Allentown, PA 18103
14209181       +Lehigh Valley Health Service,    2024 Lehigh Street,    Allentown, PA 18103-4938
14209187       +Lehigh Valley Hospital,    1240 S Cedar Crest,    Allentown, PA 18103-6368
14209183       +Lehigh Valley Hospital,    1240 S. Cedar Crest Boulevard,    Allentown, PA 18103-6368
14209186        Lehigh Valley Hospital,    Cedar Crest Boulevard,    Allentown, PA 180105
14209185        Lehigh Valley Hospital,    Cedar Crest Boulevard,    Allentown, PA 18105
14209188       +Lehigh Valley Physician,    PO Box 1754,    Allentown, PA 18105-1754
14209189       +Lehigh Valley Physician Group,    PO Box 1754,    Allentown, PA 18105-1754
14209179       +Lehigh Valley cardio Diagnostic,    PO Box 3667,    Allentown, PA 18106-0667
14209190       +Lehight Valley Health,    PO Box 4120,    Allentown, PA 18105-4120
14209191       +Lowry Services,    101 Christopher Lane,    Harleysville, PA 19438-2035
14209194       +Medical Imaging of Lehigh Valley,    PO Box 3226,    Allentown, PA 18106-0226
14209193       +Medical Imaging of Lehigh Valley,    2 Meridian Boulevard,    Wyomissing, PA 19610-3202
14209195       +Millennium Health,    PO Box 844468,    Dallas, TX 75284-4468
14209197       +New York Institute of Photography,    192 Lexington Avenue,    New York, NY 10016-6912
14210532       +Orion (Verizon),    PO Box 41021,    Norfolk, VA 23541-1021
14209155       #+Penn Credit,   916 S. 14th Street,    Harrisburg, PA 17104-3425
14220516        Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14209198       +Pottsville Schuylkill Haven Area EMS,    PO Box 90,    Danville, PA 17821-0090
14209200       +Publisher's Clearing House,    PO Box 6244,    Harlan, IA 51593-1744
14209201       +Quakertown Veterinarian Clinic,    2250 N Old Bethlehem Pike,    Quakertown, PA 18951-3948
14209202       +Readers Digest,    PO Box 6143,    Harlan, IA 51593-1643
14209204       +Reading Health,    PO Box 16051,    Reading, PA 19612-6051
14209203        Reading Health,    PO Box 16501,    Reading, PA 19612
14209205       +Snap Diagnostics,    PO Box 92170,    Elk Grove Village, IL 60009-2170
14209206       +St. Luke Emergency Physician Specialist,    PO Box 5386,    Bethlehem, PA 18015-0386
14209151       +Transworld Systems,    One Huntington Quadrangle,    Suite 2501,    Melville, NY 11747-4438
14209207       +Two Guys Plumbing,    61 Pricetown Road,    Fleetwood, PA 19522-9748
14209209       +VSAS Orthopedic,    1250 S Cedar Crest Boulevard,    Allentown, PA 18103-6224
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: jldavis.davislaw@gmail.com Nov 07 2018 02:37:04     JAMES L. DAVIS,
                 Attorney at Law,    234 N. 6th Street,    Reading, PA   19601
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 07 2018 02:37:25
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA   17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 07 2018 02:37:37     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Nov 07 2018 02:37:29     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14209167       +EDI: CAPITALONE.COM Nov 07 2018 07:34:00     Capital One,    PO Box 30249,
                 Salt Lake City, UT 84130-0249
```

```
District/off: 0313-4          User: dlv              Page 2 of 3                   Date Rcvd: Nov 06, 2018
                              Form ID: 309I          Total Noticed: 71
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14209986       +E-mail/Text: bankruptcy@cavps.com Nov 07 2018 02:37:36     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14209168       +E-mail/Text: bankruptcydesk@colonialsavings.com Nov 07 2018 02:37:36     Colonial Savings,
                 PO Box 2988,   Forth Worth, TX 76113-2988
14209159       +EDI: CCS.COM Nov 07 2018 07:33:00      Credit Collection Service,   2 Wells Avenue,
                 Newton, MA 02459-3246
14209172       +EDI: BLUESTEM Nov 07 2018 07:34:00      Fingerhut,   PO Box 166,   Neward, NJ 07101-0166
14209173       +EDI: BLUESTEM Nov 07 2018 07:34:00      Fingerhut,   PO Box 166,   Newark, NJ 07101-0166
14220626        EDI: RESURGENT.COM Nov 07 2018 07:34:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of Bluestem Brands, Inc.,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14219604        EDI: RESURGENT.COM Nov 07 2018 07:34:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of CVF Consumer Acquisition,   Company,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14209152       +E-mail/Text: Bankruptcies@nragroup.com Nov 07 2018 02:37:54     National Recovery Agency,
                 PO Box 67015,   Harrisburg, PA 17106-7015
14209153       +E-mail/Text: Bankruptcies@nragroup.com Nov 07 2018 02:37:54     National Recovery Agency,
                 2491 Paxton Street,   Harrisburg, PA 17111-1036
14209571       +EDI: PRA.COM Nov 07 2018 07:33:00      PRA Receivables Management, LLC,   PO Box 41021,
                 Norfolk, VA 23541-1021
14209199       +EDI: CCS.COM Nov 07 2018 07:33:00      Progressive Insurance,   PO Box 55126,
                 Boston, MA 02205-5126
14210163        EDI: Q3G.COM Nov 07 2018 07:34:00      Quantum3 Group LLC as agent for,   Sadino Funding LLC,
                 PO Box 788,   Kirkland, WA 98083-0788
14209208       +EDI: VERIZONCOMB.COM Nov 07 2018 07:33:00      Verizon Wireless,   Bankruptcy Administration,
                 500 Technology Drive, Suite 550,   Weldon Spring MO 63304-2225
                                                                                              TOTAL: 18

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14209150          701 Market Street, Suite 5000,   PA
14209192          LVNN Funding,    Capital One
aty*           +WILLIAM MILLER*R,   Interim Chapter 13 Trustee,   2901 St. Lawrence Avenue, Suite 100,
                 Reading, PA 19606-2265
14209184*      +Lehigh Valley Hospital,   1240 S Cedar Crest Boulevard,   Allentown, PA 18103-6368
14209196*      +National Recovery Agency,   PO Box 67015,   Harrisburg, PA 17106-7015
14209169      ##+Computer Credit,   640 W. 4th Street,   Winston Salem, NC 27101-2730
                                                                                   TOTALS: 2, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:
              JAMES L. DAVIS    on behalf of Joint Debtor Katherine   Calkins jldavis.davislaw@gmail.com,
                srauenzahn.davislaw@gmail.com
              JAMES L. DAVIS    on behalf of Debtor Darcy James Calkins jldavis.davislaw@gmail.com,
                srauenzahn.davislaw@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor   Colonial Savings F.A. bkgroup@kmllawgroup.com

```
District/off: 0313-4           User: dlv                 Page 3 of 3                  Date Rcvd: Nov 06, 2018
                               Form ID: 309I             Total Noticed: 71
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
        WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com

                                                                                                                                                              TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Darcy James Calkins**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–6317**<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Katherine Calkins**<br>First Name  Middle Name  Last Name | Social Security number or ITIN  **xxx–xx–1486**<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter  **13**  **10/4/18** |
| Case number: | **18–16654–ref** | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                           12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Darcy James Calkins | Katherine Calkins |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 478 East Main Street<br>Kutztown, PA 19530 | 478 East Main Street<br>Kutztown, PA 19530 |
| 4. | **Debtor's attorney**<br>Name and address | JAMES L. DAVIS<br>Attorney at Law<br>234 N. 6th Street<br>Reading, PA 19601 | Contact phone (610) 378–0122<br>Email: jldavis.davislaw@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM MILLER\*R<br>Interim Chapter 13 Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA 19606 | Contact phone 610–779–1313<br>Email:  ecfemail@FredReigleCh13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 11/6/18 |

**For more information, see page 2**

Official Form 309I                                   **Notice of Chapter 13 Bankruptcy Case**                                          page 1

| 7. Meeting of creditors | | Location: |
|---|---|---|
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 4, 2018 at 01:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **2901 St. Lawrence Ave, Reading, PA 19606** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/2/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/13/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/2/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 2400.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**1/17/19** at **09:00 AM** , Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |