United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-16654-ref
Darcy James Calkins                                                 Chapter 13
Katherine Calkins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: Lisa                  Page 1 of 1                  Date Rcvd: Nov 08, 2018
                                Form ID: pdf900             Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
db/jdb         +Darcy James Calkins,   Katherine Calkins,   478 East Main Street,   Kutztown, PA 19530-1217

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 09 2018 02:49:37      Orion (Verizon),
                 c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
               +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 09 2018 02:46:35
                 Verizon,   1717 Arch Street,   Philadelphia, PA 19103-2787
                                                                                               TOTAL: 2

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 10, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
              JAMES L. DAVIS    on behalf of Joint Debtor Katherine   Calkins jldavis.davislaw@gmail.com,
               srauenzahn.davislaw@gmail.com
              JAMES L. DAVIS    on behalf of Debtor Darcy James Calkins jldavis.davislaw@gmail.com,
               srauenzahn.davislaw@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Colonial Savings F.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM   MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 6

UNTIED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

Darcy J. Calkins and
Katherine Calkins,
        Debtors         : Bankruptcy No.: 18-16654
                      : Chapter 13

### ORDER

AND NOW, upon consideration of Debtor's Motion to Terminate Wage Order, pursuant to 11 U.S.C. 307(b), the order directing Debtor's employer, Verizon, to make wage deductions dated October 10, 2018 is hereby **TERMINATED**.

Debtor's employer, Verizon should not deduct any more payments from the wages of the Debtor.

It is so **ORDERED**.

Date: **Date: November 8, 2018**

                                           Richard E. Fehling,
                                           Chief United States Bankruptcy Judge

cc:    James L. Davis, Esquire
        Attorney at Law
        234 North 6th Street
        Reading, PA   19601

        William Miller, Esquire
        Interim Chapter 13 Trustee
        2901 St. Lawrence Avenue, Suite 100
        P.O. Box 4010
        Reading, PA   19606-0410