**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Darcy J. Calkins and | : | Chapter 13 |
| Katherine Calkins, | : | |
| Debtors | : | Case No.: 18-16654 |

# ORDER

**AND NOW**, the Debtors' Motion for voluntary dismissal of their Chapter 13 proceeding without prejudice, pursuant to 11 U.S.C. 1307(b), is hereby **GRANTED**.

BY THE COURT,

**Date: November 13, 2018**

_____
Richard E. Fehling
Chief United States Bankruptcy Judge