```
United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 18-16654-ref
Darcy James Calkins                                              Chapter 13
Katherine Calkins
     Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: Keith            Page 1 of 2            Date Rcvd: Nov 13, 2018
                              Form ID: pdf900        Total Noticed: 72

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2018.
db/jdb         +Darcy James Calkins,    Katherine Calkins,    478 East Main Street,    Kutztown, PA 19530-1217
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14209160        ARB Inc., Accounts Receivable Bureau,    PO Box 70256,    Philadelphia, PA 19176
14209162       +Ameitox,   PO Box 402166,    Atlanta, GA 30384-2166
14209163       +Ameritox,   PO Box 402166,    Atlanta, GA 30384-2166
14209164       +Berkheimer,    PO Box 25159,   Lehigh Valley, PA 18002-5159
14209165       +Berkheimer,    PO Box 25159,   Lehigh Valley, PA 18002-5159
14209166        Bradley Extended Care,    402 3rd Avenue,    Nashville, TN 37209
14209156       +CBCS,   PO Box 2724,    Columbus, OH 43216-2724
14209169       +Computer Credit,    470 W Hanes Mill Road, Suite 200,    Winston Salem NC 27105-9102
14209170       +Convergent,    121 NE Jefferson Street,    Peoria, IL 61602-1229
14209171        Dr. William Messersmith,    162 A Trexler Avenue,    Kutztown, PA 19530
14209174       +Francis Werley,    16527 Pottsville Pike,    Hamburg, PA 19526-8101
14209175       +Good Shepard Rehab,    850 S 5th Street,    Allentown, PA 18103-3295
14209176       +Guideposts,    PO Box 5806,   Harlan, IA 51593-1306
14209158      ++JC CHRISTENSEN & ASSOC,    PO BOX 519,    SAUK RAPIDS MN 56379-0519
               (address filed with court:   JC Christensen & Associates, Inc.,    PO Box 519,
                 Sauk Rapids, MN 56379)
14210509       +James L. Davis, Esquire,    234 North 6th Street,    Reading, PA 19601-3300
14209177       +John Potter DMD,    3131 College Heights Boulevard,    Allentown, PA 18104-4812
14209150       +KML Law Group, PC,    Mellon Independece Center,    701 Market Street, Suite 5000,
                 Philadelphia PA 19106-1541
14209178       +Kutztown Area Transportation,    87 South Kemp Road,    Kutztown, PA 19530-9737
14209192       +LVNN Funding,    Capital One,   200 Meeting Street, Suite 206,    Greenville SC 29615-5833
14209180       +Lehigh Valley Health Network,    PO Box 4067,    Allentown, PA 18105-4067
14209182        Lehigh Valley Health Service,    PO Box 2024,    Allentown, PA 18103
14209181       +Lehigh Valley Health Service,    2024 Lehigh Street,    Allentown, PA 18103-4938
14209187       +Lehigh Valley Hospital,    1240 S Cedar Crest,    Allentown, PA 18103-6368
14209183       +Lehigh Valley Hospital,    1240 S. Cedar Crest Boulevard,    Allentown, PA 18103-6368
14209186        Lehigh Valley Hospital,    Cedar Crest Boulevard,    Allentown, PA 180105
14209185        Lehigh Valley Hospital,    Cedar Crest Boulevard,    Allentown, PA 18105
14209188       +Lehigh Valley Physician,    PO Box 1754,    Allentown, PA 18105-1754
14209189       +Lehigh Valley Physician Group,    PO Box 1754,    Allentown, PA 18105-1754
14209179       +Lehigh Valley cardio Diagnostic,    PO Box 3667,    Allentown, PA 18106-0667
14209190       +Lehight Valley Health,    PO Box 4120,    Allentown, PA 18105-4120
14209191       +Lowry Services,    101 Christopher Lane,    Harleysville, PA 19438-2035
14209193       +Medical Imaging of Lehigh Valley,    2 Meridian Boulevard,    Wyomissing, PA 19610-3202
14209194       +Medical Imaging of Lehigh Valley,    PO Box 3226,    Allentown, PA 18106-0226
14209195       +Millennium Health,    PO Box 844468,    Dallas, TX 75284-4468
14209197       +New York Institute of Photography,    192 Lexington Avenue,    New York, NY 10016-6912
14210532       +Orion (Verizon),    PO Box 41021,    Norfolk, VA 23541-1021
14209155       #+Penn Credit,    916 S. 14th Street,    Harrisburg, PA 17104-3425
14220516        Pinnacle Credit Services, LLC its successors and,    assigns as assignee of Cellco,
                 Partnership d/b/a Verizon Wireless,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14209198       +Pottsville Schuylkill Haven Area EMS,    PO Box 90,    Danville, PA 17821-0090
14209200       +Publisher's Clearing House,    PO Box 6244,    Harlan, IA 51593-1744
14209201       +Quakertown Veterinarian Clinic,    2250 N Old Bethlehem Pike,    Quakertown, PA 18951-3948
14209202       +Readers Digest,    PO Box 6143,    Harlan, IA 51593-1643
14209204       +Reading Health,    PO Box 16051,    Reading, PA 19612-6051
14209203        Reading Health,    PO Box 16501,    Reading, PA 19612
14209205       +Snap Diagnostics,    PO Box 92170,    Elk Grove Village, IL 60009-2170
14209206       +St. Luke Emergency Physician Specialist,    PO Box 5386,    Bethlehem, PA 18015-0386
14209151       +Transworld Systems,    One Huntington Quadrangle,    Suite 2501,    Melville, NY 11747-4438
14209207       +Two Guys Plumbing,    61 Pricetown Road,    Fleetwood, PA 19522-9748
14209209       +VSAS Orthopedic,    1250 S Cedar Crest Boulevard,    Allentown, PA 18103-6224

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 14 2018 03:07:46
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 14 2018 03:08:02      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 03:01:24      Orion (Verizon),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14209167       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 14 2018 03:01:23      Capital One,
                 PO Box 30249,    Salt Lake City, UT 84130-0249
```

```
District/off: 0313-4          User: Keith              Page 2 of 2              Date Rcvd: Nov 13, 2018
                              Form ID: pdf900          Total Noticed: 72


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14209986       +E-mail/Text: bankruptcy@cavps.com Nov 14 2018 03:08:01      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14209168       +E-mail/Text: bankruptcydesk@colonialsavings.com Nov 14 2018 03:08:02      Colonial Savings,
                 PO Box 2988,    Forth Worth, TX 76113-2988
14209159       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 14 2018 03:08:16
                 Credit Collection Service,    2 Wells Avenue,    Newton, MA 02459-3246
14209172       +E-mail/Text: bnc-bluestem@quantum3group.com Nov 14 2018 03:08:12       Fingerhut,    PO Box 166,
                 Neward, NJ 07101-0166
14209173       +E-mail/Text: bnc-bluestem@quantum3group.com Nov 14 2018 03:08:12       Fingerhut,    PO Box 166,
                 Newark, NJ 07101-0166
14220626        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2018 03:00:42
                 LVNV Funding, LLC its successors and assigns as,    assignee of Bluestem Brands, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14219604        E-mail/PDF: resurgentbknotifications@resurgent.com Nov 14 2018 03:01:27
                 LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                 Company,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14209152       +E-mail/Text: Bankruptcies@nragroup.com Nov 14 2018 03:08:18       National Recovery Agency,
                 PO Box 67015,    Harrisburg, PA 17106-7015
14209153       +E-mail/Text: Bankruptcies@nragroup.com Nov 14 2018 03:08:18       National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14209571       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 14 2018 02:59:57
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14209199       +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 14 2018 03:08:16      Progressive Insurance,
                 PO Box 55126,    Boston, MA 02205-5126
14210163        E-mail/Text: bnc-quantum@quantum3group.com Nov 14 2018 03:07:44
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
14209208       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 14 2018 03:07:35
                 Verizon Wireless,    Bankruptcy Administration,    500 Technology Drive, Suite 550,
                 Weldon Spring MO 63304-2225
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14209184*      +Lehigh Valley Hospital,    1240 S Cedar Crest Boulevard,    Allentown, PA 18103-6368
14209196*      +National Recovery Agency,    PO Box 67015,   Harrisburg, PA 17106-7015
                                                                                             TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2018 at the address(es) listed below:
              JAMES L. DAVIS    on behalf of Joint Debtor Katherine   Calkins jldavis.davislaw@gmail.com,
               srauenzahn.davislaw@gmail.com
              JAMES L. DAVIS    on behalf of Debtor Darcy James Calkins jldavis.davislaw@gmail.com,
               srauenzahn.davislaw@gmail.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Colonial Savings F.A. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Darcy J. Calkins and | : | Chapter 13 |
| Katherine Calkins, | : | |
| Debtors | : | Case No.: 18-16654 |

# ORDER

**AND NOW**, the Debtors' Motion for voluntary dismissal of their Chapter 13 proceeding without prejudice, pursuant to 11 U.S.C. 1307(b), is hereby **GRANTED**.

BY THE COURT,

**Date: November 13, 2018**

_____
Richard E. Fehling
Chief United States Bankruptcy Judge